UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
(Tampa Division)

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>SEBASTIAN CORRIERE,  )<br>)<br>Defendant,  )<br>)<br>MARIA ROSA CORRIERE a/k/a MARIA ROSA  )<br>GAROFALO, QUANTUM EQUITIES, INC., and  )<br>THE KINGS FELLOWSHIP, INC.  )<br>)<br>Relief Defendants.  ) | CASE NO.<br>8:02-CV-666-T-17EAJ<br><br>EX PARTE MOTION<br>FOR TEMPORARY<br>RESTRAINING ORDER<br>AND OTHER<br><u>EMERGENCY RELIEF</u> |

Plaintiff United States Securities and Exchange Commission ("SEC"), pursuant to Rule 65 of the Federal Rules of Civil Procedure, moves this Court <u>Ex Parte</u> for the following emergency relief to prevent Defendant Sebastian Corriere from continuing to defraud investors by fraudulently selling them high yield private placements in trading programs that do not exist:

1) an Order to Show Cause Why a Preliminary Injunction Should Not be Granted;

2) a Temporary Restraining Order;

3) an Order Freezing Corriere's Assets;

4) an Order Requiring an Accounting;

5) an Order Repatriating Assets;

6) an Order requiring Corriere to surrender his passport and prohibiting him from traveling outside of the United States;

7) an Order Prohibiting Destruction of Documents; and



8)     an Order Expediting Discovery and Answer.

And for the following orders with respect to Relief Defendants Maria Rosa Corriere, Quantum Equities, Inc., and The Kings Fellowship, Inc. (collectively, "Relief Defendants"):

1)     an Order Freezing Certain of Relief Defendants' Assets;

2)     an Order Requiring an Accounting;

3)     an Order Repatriating Assets of Quantum Equities;

4)     an Order Prohibiting Destruction of Documents; and

5)     an Order Expediting Discovery and Answer.

The grounds for this Motion are fully set forth in the accompanying Memorandum of Law. A proposed form of Order is filed herewith.

Dated: April 18, 2002

Linda Ieleja Gerstman
(Designated Trial Counsel Pursuant to
Local Rule 1.05(c))
Illinois Bar No. 06204334
Branch Chief
Direct Dial No.: (312) 353-7420

Joseph M. Mannon
Illinois Bar No. 06275428
Staff Attorney
Direct Dial No.: (312) 353-5453

Attorneys for Plaintiff
THE UNITED STATES SECURITIES
AND EXCHANGE COMMISSION
175 W. Jackson, Suite 900
Chicago, IL 60604
Telephone: (312) 353-7390
Facsimile: (312) 353-7398